**Entered on Docket
July 28, 2005**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed July 28, 2005

**Marilyn Morgan
U.S. Bankruptcy Judge**

---

PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW S. WALKER Cal. Bar No. 101470
WILLIAM B. FREEMAN Cal. Bar No. 137276
101 West Broadway, Suite 1800
San Diego, CA 92101-8219
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Debtors and Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| SONICBLUE INCORPORATED, a Delaware corporation, DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation, REPLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation, | Case Nos. 03-51775 through 51778 MJS [Jointly Administered] Adv. Proc. No. 05-5245 |
| Debtors and Debtors-in-Possession. | <u>JUDGMENT BY DEFAULT AGAINST AMHERST TECHNOLOGIES, L.L.C.</u> |
| | Hon. Marilyn Morgan |
| SONICBLUE INCORPORATED, a Delaware corporation, DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation, REPLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation, | |
| Plaintiffs, | |
| vs. | |
| AMHERST TECHNOLOGIES, L.L.C., a Nevada corporation, and AMHERST, L.L.C., a Nevada corporation, | |
| Defendants. | |

Based on the Defendant's failure to respond to the complaint filed in this adversary proceeding,

JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT AMHERST TECHNOLOGIES, L.L.C. AS FOLLOWS:

1. SONICblue is awarded damages in the amount of $6,170.00;

2. SONICblue is awarded costs in the amount of $150.00;

3. SONICblue is awarded interest at the rate of 3.72% per year from the date of entry of this judgment.

4. Any and all claims of the said Defendant against any or all of the Debtors, including without limitation the filed and scheduled claims against SONICblue in the amount of $1,131.40, are hereby disallowed in their entirety pursuant to 11 U.S.C. § 502(d).

IT IS FURTHER ORDERED that this adversary proceeding is dismissed as against Defendant AMHERST, L.L.C., without prejudice.

**END OF ORDER**

50204899v1 -2- JUDGMENT BY DEFAULT

<u>COURT SERVICE LIST</u>

Matthew S. Walker
Pillsbury Winthrop Shaw Pittman LLP
101 West Broadway, Suite 1800
San Diego, CA 92101

Amherst Technologies, L.L.C.
40 Continental Blvd.
Merrimack, NH 03054